**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-24041-civ-COOKE / GOODMAN

ROBERT JOHNSON,

     Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION,

     Defendant.

_____/

## JOINT SCHEDULING REPORT

     Pursuant to S. D. Fla L. R. 16.1(b)(2) and the Honorable Court's Order of Referral and Order Regarding Court Practices and Procedures (D.E. 5), the Parties respectfully submit the following report on the Scheduling Meeting, together with Attachment "A", ("Suggested Pretrial Deadlines"), attached hereto and incorporated herein:

### A. LIKELIHOOD OF SETTLEMENT

Settlement negotiations have not yet begun as the case is in its preliminary stages. However, the parties have agreed to continue to discuss an amicable resolution of the matter and are confident that the case can settle before trial.

### B. LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES

At this time, it is not anticipated that additional parties will be added.

### C. PROPOSED LIMITS ON THE TIME

      a  TO JOIN OTHER PARTIES AND TO AMEND THE PLEADINGS;

      b  TO FILE AND HEAR MOTIONS; AND

      c  TO COMPLETE DISCOVERY

At this time, the parties do not anticipate the need to amend the pleadings. However, should the need arise, amendments to the pleadings should be governed by the time deadlines set forth in "Attachment A".

**D.  PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES, ETC.**

None at this time.

**E.  THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**

None at this time.

**F.  POSSIBILITY OF OBTAINING ADMISSIONS OF FACT, AND OF OBTAINING DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR THINGS WHICH WILL AVOID UNNECESSARY PROOF, ETC.**

The parties will stipulate as to the authenticity of records, such as medical records, and employment records, where practicable, and will further utilize requests for admissions to streamline discovery and simplify issues in the case.

**G.  SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE**

As this is a straightforward negligence personal injury action, the parties do not anticipate problems with cumulative evidence or unnecessary proof.

**H.  SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER**

The parties will stipulate to the referring of discovery matters to a magistrate judge or master.

I.  **PRELIMINARY ESTIMATE OF TIME REQUIRED FOR TRIAL**

This case will be tried to a jury and is expected to last 3-5 days.

J.  **REQUESTED DATE OR DATES FOR CONFERENCE BEFORE TRIAL, FINAL PRETRIAL CONFERENCE, AND TRIAL**

See attachment "A" attached hereto.

K.  **ANY OTHER INFORMATION THAT MAY BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE**

See attachment "A" attached hereto.

**DATED**: This 20th day of November 2018.

Respectfully submitted,

BY: */s/ Mark Kelley Schwartz*
Mark Kelley Schwartz, Esq.
Florida Bar No. 0190070
Driggers, Schultz & Herbst
2600 West Big Beaver Road, Ste. 550
Troy, MI 48084
Phone: (248) 649-6000
Fax: (248) 649-6442
MSchwartz@DriggersSchultz.com
- - -
*Counsel for Plaintiff*

BY: */s/ Natasha Alcivar, Esq.*
Natasha Alcivar, Esq.
Florida Bar No. 0390054
Royal Caribbean Cruises
1050 Caribbean Way
Miami, FL 33132
Phone: (305) 539-3943
Fax: (305) 539-6561
nalcivar@rccl.com
- - -
*Counsel for Defendant*

### *Attachment A:* **Pretrial Deadlines, Pretrial Conference and Trial Date**

<u>February 26, 2019</u>    Joinder of parties and claims, and amendment of pleadings.

<u>April 30, 2019</u>     Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within <u>ten (10) days</u> of receipt or other notice of new or revised information.

<u>May 22, 2019</u>       All <u>fact</u> discovery must be completed.

<u>June 5, 2019</u>      Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen- day period thereafter, Plaintiff shall make its experts available for deposition by Defendant.

<u>July 10, 2019</u>      All dispositive <u>*and*</u> other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and accompanying memoranda of law must be filed. A **minimum of seventeen (17) weeks** is required for the Court to review dispositive motions prior **to filing of the joint <u>pretrial stipulation</u>. If <u>no</u> dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.**

<u>June 19, 2019</u>      Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen- day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

<u>July 3, 2019</u>        All <u>expert</u> discovery must be completed.

<u>July 10, 2019</u>      All <u>*Daubert*</u> and <u>*Markman*</u> motions and accompanying memoranda of law must be filed. *If a Daubert or Markman hearing is necessary, add that as an additional deadline at the bottom of Attachment A.*

<u>July 17, 2019</u>       Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.)

<u>November 6, 2019</u>       (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation.** The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**

(b) Joint Summary of Respective Motions *in Limine* must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions *in limine*. The Summary shall also include for each evidentiary issue:

(i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

November 15, 2019          Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. ***(A courtesy copy shall be submitted to chambers at cooke@flsd.uscourts.gov, in Microsoft Word format).*** Each party's trial witness list, with one-sentence synopsis and time needed for direct and cross examination; proposed *voir dire* questions; and deposition designations.

November 20, 2019          Trial Date.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-24041-civ-COOKE / GOODMAN

ROBERT JOHNSON,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION,

      Defendant.

_____/

**ELECTION TO JURISDICTION BY A UNITED STATES**
**MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

      In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above- captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions for Costs | Yes ___ | No <u>X</u> |
| 2. | Motions for Attorney's Fees | Yes ___ | No <u>X</u> |
| 3. | Motions for Sanctions | Yes ___ | No <u>X</u> |

11/20/2018                      */s/ Mark Kelley Schwartz*
_____          _____
(Date)

11/20/2018                      */s/ Natasha K. Alcivar*
_____          _____
(Date)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of November, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I ALSO CERTIFY that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/ Mark Kelley Schwartz*
Mark Kelley Schwartz

## SERVICE LIST

| Mark Kelley Schwartz, Esq. | Natasha Alcivar, Esq. |
|---|---|
| Florida Bar No. 0190070 | Florida Bar No. 0390054 |
| Driggers, Schultz & Herbst | Royal Caribbean Cruises |
| 2600 West Big Beaver Road, Ste. 550 | 1050 Caribbean Way |
| Troy, MI 48084 | Miami, FL 33132 \ |
| Phone: (248) 649-6000 | Phone: (305) 539-3943 |
| Fax: (248) 649-6442 | Fax: (305) 539-6561 |
| Email: MSchwartz@DriggersSchultz.com | Email: nalcivar@rccl.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |